# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

PETER LASELL

# CR 07    0716    MHP

DEFENDANT.

## INDICTMENT



---

A true bill.

_____ Foreman

Filed in open court this _____ day of
11/13/2007
_____
_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

**SEALED ORDER**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count One: 18 USC sec. 2252(a)(1)- Transportation Child Pornography;
Count Two: 18 USC sec. 2252(a)(4)-Possession Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Count One: 20 years imprisonment, 5 year mandatory minimum; $250,000 fine; lifetime supervised release, $100 sa
Count Two: 10 years imprisonment; $250,000 fine; lifetime supervised release; $100 special assessment

**DEFENDANT - U.S.**

▶ PETER LASELL

**DISTRICT COURT NUMBER**

CR 07 0716

FILED
NOV 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Allison Marston Danner

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6                    **SEALED**
                **BY COURT ORDER** E-filing
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,         )  CR. No. 07    0716
                                     )
14         Plaintiff,                )  VIOLATION: 18 U.S.C. § 2252(a)(1)–
                                     )  Transporting Child Pornography (Count
15     v.                            )  One); 18 U.S.C. § 2252(a)(4)(B)–
                                     )  Possession of Child Pornography (Count
16                                   )  Two)
   PETER LASELL,                     )
17                                   )
           Defendant.                )  SAN FRANCISCO VENUE
18 _____ )
19
20
21                              INDICTMENT
22 The Grand Jury charges:
23 COUNT ONE: (18 U.S.C. § 2252(a)(1))
24     On or about July 6, 2007, in the Northern District of California, the defendant,
25                              PETER LASELL,
26 did knowingly transport and ship a visual depiction in interstate commerce by a computer, where
27 the producing of such visual depictions, as he knew, involved the use of a minor engaging in
28 sexually explicit conduct and, as he knew, such visual depictions were of such conduct, in

INDICTMENT

1  violation of Title 18, United States Code, Section 2252(a)(1).
2
3  COUNT TWO: (18 U.S.C. § 2252(a)(4)(B))
4       On or about July 31, 2007, in the Northern District of California, the defendant,
5                              PETER LASELL,
6  did knowingly possess at least one matter, that is, a computer hard drive, which contained at least
7  one visual depiction that had been shipped and transported in interstate commerce, by computer,
8  where the producing of such visual depictions, as he knew, involved the use of a minor engaging
9  in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title
10 18, United States Code, Section 2252(a)(4)(B).
11
12 FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
13      Upon conviction of the offenses alleged in Count One and Count Two, the defendant,
14                             PETER LASELL,
15 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
16 and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all
17 property, real or personal, used or intended to be used to commit or promote the commission of
18 the offenses of conviction, including but not limited to the following items that were seized from
19 defendant on July 31, 2007:
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

INDICTMENT                                    2

    a.    A Centurion desktop computer, serial number C05170102575

    b.    A Maxtor hard drive, serial number MX6L080J4.

DATED: November 13, 2007        A TRUE BILL.

/s/ _____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

/s/ Kyle F. Waldinger
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: /s/ Allison )
                          AUSA Danner

INDICTMENT                          3