1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7144
7     Fax: (415) 436-7234
      Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,        )  No. CR07-0716 MHP
                                     )
15         Plaintiff,                )  UNITED STATES' APPLICATION TO
                                     )  SEAL INDICTMENT AND [PROPOSED]
16     v.                            )  ORDER
                                     )
17  PETER LASELL,                    )
                                     )
18         Defendants.               )
                                     )
19  _____)
20
21     The government hereby moves the Court for an order sealing the indictment, this motion,
22  and the Court's sealing order until further order of the Court. The United States is concerned of
23  the risk to officer safety if Lasell learns of the indictment in this matter before he is arrested and
24  brought before the Court for his initial appearance. Should the Court grant this motion, the
25  government intends to ask the Court to
26  \\\
27  \\\
28
   SEALING APPLICATION AND PROPOSED ORDER
   UNITED STATES v. LASELL



1 unseal the indictment at Lasell's initial appearance. The United States requests that this Court
2 order the Clerk of the Court to furnish copies of the arrest warrant to the United States Attorney's
3 Office and to Special Agents of Immigration and Customs Enforcement. The United States also
4 requests copies of the sealed Indictment and this Application and Order.

DATED: November 13, 2007                Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/ Allison M. Danner
                                        ALLISON M. DANNER
                                        Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of the Indictment and arrest warrant in this matter to the United States Attorney's Office and to Special Agents of Immigration and Customs Enforcement. The Clerk of the Court is also ordered to furnish copies of the United States' Sealing Application and this Sealing Order to the United States Marshals Service, Special Agents of Immigration and Customs Enforcement, and the U.S. Attorney's Office..

DATED: November 13, 2007                /s/ Bernard Zimmerman
                                        BERNARD ZIMMERMAN
                                        United States Magistrate Judge

SEALING APPLICATION AND PROPOSED ORDER
UNITED STATES v. LASELL