FILED
NOV 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0716 MHP |
| Plaintiff, ) | **UNSEALING ORDER** |
| v. ) | |
| PETER LASELL, ) | |
| Defendant. ) | |

Good cause appearing therefor, it is hereby ordered that the entire case file in the above-captioned matter be UNSEALED.

DATED: November 19, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

UNSEALING ORDER
CR 07-0716 MHP