UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>PETER LASELL,<br><br>        Defendant(s). | No. CR 07-0716 MHP (BZ)<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

As further conditions of defendant's pre-trial release, **IT IS HEREBY ORDERED** that:

1. Susan Lasell shall surrender her United States passport to the Clerk of Court by no later than **Wednesday, November 28, 2007 at 5:00 p.m.**;

2. Neither defendant or Mrs. Lasell shall sell, mortgage, encumber, hypothecate or otherwise do anything to reduce the value of or their equity in their home; and

3. Defendant shall not make any withdrawal from his retirement account.

Dated: November 26, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\RELEASE\LASELL PRE-TRIAL RELEASE ORDER.wpd

1