**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: November 26, 2007

Case No.   CR 07-0716  MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- PETER R. LASELL (b):

Attorneys:   Plf: Allison Danner
             Dft: Jonathan McDougall

Deputy Clerk: Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Further status conference set for 1/28/2008 at 10:00 am; Excludable time found effective preparation; Govt to submit order.