## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Bernard Zimmerman  
U.S. Magistrate Judge

**RE:** Peter Lasell

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR07-00716

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  
U.S. Pretrial Services Officer

(408) 535-5223  
TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

[✓] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[✓] Modification(s)

A. The defendant shall submit his computer(s) to search and seizure by Pretrial Services. The search condition may include the installation of monitoring software as deemed appropriate by Pretrial Services

B. The defendant shall be allowed to leave his residence with the prior approval of Pretrial Services in order to visit his mother who resides in Martinez, California

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____  
JUDICIAL OFFICER

7 Dec 07  
DATE

Cover Sheet (12/03/02)