**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: January 28, 2008

Case No.   CR 07-0716  MHP                Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- PETER R. LASELL (b):

Attorneys:   Plf: Allison Danner
             Dft: Jonathan McDougall

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Further status conference set for 2/25/2008 at 10:00 am for further review of discovery; Excludable time found re effective preparation counsel; Govt to submit order.