1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:   (408) 287-6262
   Facsimile:   (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>[~~PROPOSED~~] ORDER RE: MOTION FOR LEAVE TO FILE A MOTION TO DISMISS<br><br>[CIVIL LOCAL RULE 7-11; JUDGE PATEL'S STANDING ORDER NO. 4]<br><br>Courtroom: 15, 18th Floor<br>Judge:     Hon. Marilyn Hall Patel<br><br>Complaint filed: November 29, 2007 |

The motion of Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") for leave to file a motion to dismiss was submitted to this Court pursuant to Local Rule 7-11.

Having read the motion, the memorandum of points and authorities, and declaration in support thereof, the Court finds good cause to grant leave for the filing of GLOBAL's motion to dismiss.

Therefore, it is ordered that GLOBAL's motion to dismiss is hereby deemed filed and set for hearing concurrently with Defendant GLOBAL's motion to compel arbitration on March 17, 2008, at 2:00 p.m., Courtroom 15.

Dated: 1/29/08

_____
HON. MARILYN HALL PATEL

RC1/5060170.1/DB
[PROPOSED] ORDER RE: MOTION FOR LEAVE
TO FILE A MOTION TO DISMISS                                    CASE NO. C 07 6026 MHP

| | |
|---|---|
| 1 | Jan A. Greben, CASB# 103464 |
|   | GREBEN & ASSOCIATES |
| 2 | 1332 Anacapa Street, Suite 110 |
|   | Santa Barbara, California 93101 |
| 3 | Telephone:   (805) 963-9090 |
|   | Facsimile:   (805) 963-9098 |
| 4 | Email:       jan@grebenlaw.com |
| 5 | Attorneys for Defendants, Cross-Defendants and |
|   | Cross-Claimants NAM SUN PARK and |
| 6 | SEUNG HEE PARK |
| 7 | -- |
| 8 | Thomas M. Downey, CASB# 142096 |
|   | Derek H. Lim, CASB# 209496 |
| 9 | BURNHAM BROWN |
|   | A Professional Law Corporation |
| 10 | P.O. Box 119 |
|    | Oakland, California 94604 |
| 11 | |
|    | 1901 Harrison Street, 11th Floor |
| 12 | Oakland, California  94612 |
|    | Telephone:   (510) 444-6800 |
| 13 | Facsimile:   (510) 835-6666 |
|    | Email:       tdowney@burnhambrown.com |
| 14 |              dlim@burnhambrown.com |
| 15 | Attorneys for Defendants, Cross-Defendants and |
|    | Cross-Claimants DWIGHT W. PERRY and |
| 16 | CARLTON L. PERRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. BURROWS and JAMES A. ROESSLER, | No. C 07-05354 MHP |
| Plaintiffs, | STIPULATION TO EXTEND THE TIME FOR DEFENDANTS, CROSS-DEFENDANTS AND CROSS-CLAIMANTS DWIGHT W. PERRY AND CARLTON L. PERRY AND NAM SUN PARK AND SEUNG HEE PARK TO RESPOND TO THE CROSS-CLAIMS FILED BY EACH PARTY |
| v. | |
| DWIGHT W. PERRY, CARLTON L. PERRY, KWANG SUK LEE, KUI JA LEE, NAM SUN PARK AND SEUNG HEE PARK, | |
| Defendants. | Complaint Filed: October 19, 2007<br>Trial Date: None Set |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

STIPULATION TO EXTEND THE TIME FOR DEF.S/X-DEF.S/X-CLAIMANTS    No. C 07-05354 MHP
TO RESPOND TO CROSS-CLAIMS

Defendants, Cross-Defendants and Cross-Claimants Nam Sun Park and Seung Hee Park (collectively "Parks") and Defendants, Cross-Defendants and Cross-Claimants Dwight W. Perry and Carlton L. Perry (collectively "Perrys") hereby stipulate by and through their undersigned counsel of record to extend the time for the Parks and the Perrys to respond to the each others Cross-Claims. The parties have not previously requested an extension of time to respond to the Cross-Claims. The Parks will now have up to and including February 19, 2008 to file a response to the Perry's Cross-Claim. The Perrys will now have up to and including February 11, 2008 to file a response to Parks' Cross-Claim.

DATED: January 28, 2008       GREBEN & ASSOCIATES

By _____
JAN A. GREBEN
Attorneys for Defendants, Cross-Defendants and Cross-Claimants NAM SUN PARK and SEUNG HEE PARK

DATED: January 28, 2008       BURNHAM | BROWN

By _____
DEREK H. LIM
Attorneys for Defendants, Cross-Defendants and Cross-Claimants DWIGHT W. PERRY and CARLTON L. PERRY

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

_____
DATE

843963

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | ALLISON MARSTON DANNER (CSBN 195046)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7144 |
| 7 | FAX: (415) 436-7234<br>Email: allison.danner@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0716 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| PETER LASELL, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court, and with the consent of defendant Peter Lasell, the Court enters this order documenting exclusion of time from January 28, 2008 through February 25, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

1. Defendant made his initial appearance before this Court on November 26, 2007. The parties appeared before this Court for a status conference on January 28, 2008. At the status conference on January 28, 2008, both counsel requested a further status date of February 25, 2008 in order to allow defense counsel to review discovery related to defendant's computer and to conduct further forensics investigation. In light of these discovery issues, the parties jointly requested an exclusion of time under the Speedy Trial Act in order for defense

STA Stipulation
CR 07-0716 MHP

1 | counsel to prepare effectively for this case.
2 |     2.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to
3 | grant the requested continuance would unreasonably deny defendant the reasonable time
4 | necessary for effective preparation, taking into account the exercise of due diligence, in this case
5 | The Court found that the ends of justice served by excluding the period from January 28, 2008
6 | through February 25, 2008 from Speedy Trial Act calculations outweigh the best interest of the
7 | public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
8 |     3.    Accordingly, and with the consent of the defendant at the appearance on January
9 | 28, 2008, the Court ordered that the period from January 28, 2008 through February 25, 2008 be
10 | excluded from Speedy Trial Act calculations. *Id.*
11 | IT IS SO STIPULATED.
12 |
13 | DATED: January 28, 2008
14 | \s\ JONATHAN D. MCDOUGALL
Attorney for Defendant
15 | DATED: January 28, 2008
16 | \s\ ALLISON MARSTON DANNER
Assistant United States Attorney
17 |
18 | IT IS SO ORDERED.
19 |
20 | DATED: 1/29/08
21 | HONORABLE MARILYN HALL PATEL
United States District Judge

STA Stipulation
CR 07-0716 MHP            2