**FILED**

FEB 0 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  JONATHAN D. MCDOUGALL
   STATE BAR NO. 212359
2  461 Laurel Street
   San Carlos, CA 94070
3  Telephone: (650) 594-4200
   Facsimile: (650) 594-4205
4
   Attorney for Defendant
5  PETER LASELL

6              UNITED STATES DISTRICT COURT

7             NORTHERN DISTRICT OF CALIFORNIA

8                  SAN FRANCISCO DIVISION

9

10 THE UNITED STATES OF AMERICA,        )    CR 07-716 MHP
                                         )    STIPULATION AND
11           Plaintiff,                  )    PROPOSED ORDER
                                         )    REGARDING CONDITIONS
12 vs.                                   )    OF RELEASE AND APPEARANCE
                                         )
13 PETER LASELL                          )
                  Defendant.             )
14

15
        With the agreement of counsel for both parties and with the consent of defendant Peter Lasell,
16
   the Court enters this order documenting an amendment to the CONDITIONS OF RELEASE AND
17
   APPEARANCE dated November 26, 2007. The parties agree, and the Court finds and holds as follows:
18
        1.   Defendant made his initial appearance before this Court on November 19, 2007, at which
19
             time this Court issued Conditions of Release and Appearance, specifically allowing
20
             defendant's release on unsecured $250,000.00 bond and home electronic monitoring.
21
        2.   Defendant appeared before this Court on November 26, 2007 for a detention hearing
22
             pursuant to 18 U.S.C. §§ 3142(e) and 3142(f). At that time, this Court denied the United
23
             States' motion for detention and release the defendant on bond, with among other
24
             conditions, his electronic detention at home other than for pre-approved legal and
25
             medical appointments.

3. On January 29, 2008, the defendant appeared for a status conference before the Honorable United States District Judge Marilyn Hall Patel. The defendant appeared and agreed to an exclusion of time for further preparation of the case by the defense. At that time, counsel for the defendant and the United States agreed that the defendant's conditions of release and appearance could be modified to allow the defendant to leave the residence for physical exercise pursuant to medical directives with the following conditions:

a. 4:00 p.m. to 6:00 p.m. only;

b. Supervision by a responsible person as approved by Pre-Trial Services;

c. Approval by Pre-Trial Services; and

d. For purposes of physical exercise as directed by medical professionals.

4. Accordingly, and with the consent of all parties, the Court orders that the defendant's conditions of release and appearance are so AMENDED.

IT IS SO STIPULATED.

DATED: February 6, 2008

_____
JONATHAN D. MCDOUGALL
Attorney for Defendant

DATED: February 7, 2008

_____
ALLISON MARTSON DANNER
Assistant U.S. Attorney

DATED: 2-8-08

_____
U.S. MAGISTRATE JUDGE ZIMMERMAN

2