**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: February 25, 2008

Case No.    CR 07-0716  MHP                Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- PETER R. LASELL (b):

Attorneys:   Plf: Allison Danner
               Dft: Jonathan McDougall

Deputy Clerk:  Anthony Bowser  Court Reporter: Katherine Powell

**PROCEEDINGS**

1)  Status Conference _____

2)  _____

3)  _____

**ORDERED AFTER HEARING:**

Defendant present in court;
Jury Trial set for 5/20/2008 at 8:30 am;
Pretrial Conference set for 5/8/2008 at 3:00 pm;
All pretrial filings to be submitted ten days prior to conference;
Excludable time found re effective preparation counsel; Govt to submit order.