JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0716 MHP |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| PETER LASELL, ) | |
|    Defendant. ) | |

     With the agreement of the parties in open court, and with the consent of defendant Peter Lasell, the Court enters this order documenting exclusion of time from February 25, 2008 through May 8, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

     1.     Defendant made his initial appearance before this Court on November 26, 2007. The parties appeared before this Court for status conferences on January 28, 2008 and on February 25, 2008. At the status conference on February 25, 2008, this Court set a trial date of May 20, 2008 and a pre-trial conference date of May 8, 2007. In light of the complex discovery issues in this case related to the computer forensics, the parties jointly requested an exclusion of time under the Speedy Trial Act in order for defense counsel to prepare effectively for this case.

STA Stipulation
CR 07-0716 MHP

1        2.      Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to
2    grant the requested continuance would unreasonably deny defendant the reasonable time
3    necessary for effective preparation, taking into account the exercise of due diligence, in this case
4    The Court found that the ends of justice served by excluding the period from February 25, 2008
5    through May 8, 2008 from Speedy Trial Act calculations outweigh the best interest of the public
6    and the defendant in a speedy trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7        3.      Accordingly, and with the consent of the defendant at the appearance on February
8    25, 2008, the Court ordered that the period from February 25, 2008 through May 8, 2008 be
9    excluded from Speedy Trial Act calculations. *Id.*
10       IT IS SO STIPULATED.

12   DATED: February 25, 2008           _____\s_____
                                        JONATHAN D. MCDOUGALL
13                                      Attorney for Defendant

15   DATED: February 25, 2008           _____\s_____
                                        ALLISON MARSTON DANNER
16                                      Assistant United States Attorney

18       IT IS SO ORDERED.

20   DATED:   2/26/2008          _____
                                 HONORABLE
21                               United States

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28
STA Stipulation
CR 07-0716 MHP                          2