JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7144
   Facsimile: (415) 436-7234
   allison.danner@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.  07-0716 MHP |
| )  Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CALENDAR A CHANGE OF PLEA |
| v. ) | |
| PETER LASELL, ) | |
| )  Defendant. ) | |

On February 25, 2008, this Court entered an Order setting a jury trial in this case for May 20, 2008 at 8:30 a.m.  The parties have since reached a proposed disposition in this case. Therefore, the parties have agreed to set this matter for a change of plea for May 5, 2008

///

///

///

///

STIPULATION [AND PROPOSED ORDER] TO CALENDAR A CHANGE OF PLEA- CR 07-0716 MHP   1

at 10 a.m. Deputy Clerk Bowser has confirmed that the court is available on that date.

SO STIPULATED:

                                         Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

DATED: April 24, 2008                          \s\
                                         ALLISON MARSTON DANNER
                                         Assistant United States Attorney

DATED: April 24, 2008                          \s\
                                         JONATHAN D. MCDOUGALL
                                         Attorney for PETER LASELL

     For the foregoing reasons, the Court sets this matter on calendar for a change of plea on May 5, 2008 at 10 a.m.

SO ORDERED.


DATED:_____                  _____
                                        HON. MARILYN HALL PATEL
                                         United States District Court Judge