1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2
     BRIAN STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    ALLISON MARSTON DANNER CSBN 195046)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7144
7       Facsimile: (415) 436-7234
        allison.danner@usdoj.gov
8
     Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,        )   CR No.  07-0716 MHP
                                       )
15          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   TO CALENDAR A CHANGE OF PLEA
16      v.                             )
                                       )
17   PETER LASELL,                     )
                                       )
18          Defendant.                 )
                                       )
19   _____)

20

21

22         On February 25, 2008, this Court entered an Order setting a jury trial in this case for May

23   20, 2008 at 8:30 a.m.  The parties have since reached a proposed disposition in this case.

24   Therefore, the parties have agreed to set this matter for a change of plea for May 5, 2008

25   ///

26   ///

27   ///

28   ///

STIPULATION [AND PROPOSED ORDER] TO CALENDAR A CHANGE OF PLEA- CR 07-0716 MHP        1

1  at 10  a.m.  Deputy Clerk Bowser has confirmed that the court is available on that date.

2

3  SO STIPULATED:

4                                              Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7  DATED:  April 24, 2008                      _____\s_____
                                               ALLISON MARSTON DANNER
8                                              Assistant United States Attorney

9

10  DATED:  April 24, 2008                     _____\s_____
                                               JONATHAN D. MCDOUGALL
11                                             Attorney for PETER LASELL

12

13      For the foregoing reasons, the Court sets this matter on calendar for a change of plea on

14  May 5, 2008 at 10 a.m.

15  SO ORDERED.

16

17

18  DATED:_ 4/25/2008 _____                    IT IS SO ORDERED
                                               HON.
19                                             United          Judge Marilyn H. Patel

20

21

22

23

24

25

26

27

28

STIPULATION [AND PROPOSED ORDER] TO CALENDAR A CHANGE OF PLEA- CR 07-0716 MHP    2