**FILED**

**MAY - 5 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 5, 2008

Case No.   CR 07-0716 MHP          Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- PETER R. LASELL (b):

Attorneys:    Plf: Allison Danner
              Dft: Jonathan McDougall

Deputy Clerk: Anthony Bowser  Court Reporter: Debra Pas

## PROCEEDINGS

1)  Change of Plea Hearing _____

2)  _____

3)  _____

## ORDERED AFTER HEARING:

Defendant present in court; Defendant advised of rights and charges, and waives further hearing and/or trial; Defendant enters a guilty plea as to count(s) 2 of the indictment;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 8/11/2008 at 9:00 am;

Govt moves for immediate detention; Counsel submit after further discussion; Motion denied without prejudice to further renewal;