PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | **RE:** | Peter Lasell |
| **FROM:** | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-00716 MHP |
| **DATE:** | July 1, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Anthony Granados | (408) 535-5223 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER                    DATE  3 July 08

Cover Sheet (06/02/08)