PROPOSED ORDER/COVER SHEET

**E-filing**

TO: Honorable Bernard Zimmerman
U.S. Magistrate Judge

RE: Peter Lasell

FROM: Richard W. Wieking, Acting Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-00716 MHP

DATE: July 1, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados
U.S. Pretrial Services Officer

(408) 535-5223
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER

3 July 08
DATE

Cover Sheet (06/02/08)

## Other Orders/Judgments
3:07-cr-00716-MHP USA v. Lasell
E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 7/7/2008 8:31 AM and filed on 7/3/2008
**Case Name:**      USA v. Lasell
**Case Number:**    3:07-cr-716
**Filer:**
**Document Number:** 30

**Docket Text:**
Pretrial Services Form 8 by Anthony Granados as to Peter Lasell - no action required. Signed by Magistrate Judge Bernard Zimmerman on 7/3/08. (sv, COURT STAFF) (Filed on 7/3/2008)

**3:07-cr-716-1 Notice has been electronically mailed to:**

Allison Marston Danner    allison.danner@usdoj.gov, hui.chen@usdoj.gov

Jonathan Daniel McDougall    jdmesquire@hotmail.com

**3:07-cr-716-1 Notice has been delivered by other means to:**

Peter Lasell

7/7/2008

CAND-ECF

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan\07-0716 PO.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/7/2008] [FileNumber=4511191-0] [
5e298837899e94b534d4ddb588d020cac821d93958ceceaa3f8f1423f8ee92cddc69e1
9300df63e92436aa2e8d2d2517082c424992fdb6f46635a1ef64838605]]