JONATHAN D. MCDOUGALL
STATE BAR NO. 212359
1640 Laurel Street
San Carlos, CA 94070
Telephone: (650) 594-4200
Facsimile: (650) 594-4205

Attorney for Defendant
PETER LASELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 07-0716 |
| Plaintiff, | SEALING ORDER |
| vs. | |
| PETER LASELL | |
| Defendant. | |

For good cause shown, the Clerk of the Court is directed to file the declaration of Jonathan D. McDougall with the accompanying exhibits, in support of the Defendant's Sentencing Memorandum, under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 8/8/08

MARILYN HALL PATEL
United States District Judge