UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: August 11, 2008

Case No.   CR 07-0716 MHP               Judge:   MARILYN H. PATEL

Title: UNITED STATES -v- PETER R. LASELL (b):

Attorneys:   Plf: Allison Danner
             Dft: Jonathan McDougall

Deputy Clerk: Anthony Bowser   Court Reporter: Margo Garule   USPO: J. Sharpe

### PROCEEDINGS

1) Judgment & Sentencing

2) _____

3) _____

### ORDERED AFTER HEARING:

Defendant present in court; Counsel submit after further discussion of Presentence report; Court adopts findings of fact and guideline calculations; defendant sentenced as follows:

> Custody of BOP for a period of 48 months; 5 years TSR with standard and special conditions of release as listed in Judgment & Commitment Order; Fine of $10,000 plus interest accrued, at $500/month; S/A of $100, to be paid within one week;

Court recommends camp-type facility, and located near family residence, and has appropriate facility for his medical needs; Self surrender granted, and defendant shall surrender by 12:00 noon on 1/5/2009 to designated facility or USMS. Passport of wife to be returned; Remaining counts dismissed by govt motion.