JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
Fax: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0716 MHP |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO MAKE FACTUAL CORRECTION IN JUDGMENT |
| v. ) | |
| PETER LASELL, ) | |
| Defendant. ) | |

On August 11, 2008, this Court sentenced defendant. When announcing the special conditions of supervision for defendant's supervised release, this Court stated that defendant shall not have any contact with children under the age of fourteen without written prior approval of the U.S. Probation Officer. On August 13, 2008, this Court issued the written judgment. On Page 4 of the Judgment, special condition number ten reads that "the defendant shall not have contact with children without prior approval of the US Probation Officer," but this condition does not reference the age limitation the Court imposed it its oral judgment. Accordingly, the parties ask that the Court add the words "under the age of fourteen" in special condition ten of

page four of the Judgment. A proposed order to this effect is attached.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 18, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

DATED: August 18, 2008

\s\
JONATHAN MCDOUGALL
Attorney for PETER LASELL

For good cause shown, the Court's written judgment issued on August 13, 2008 is amended as follows: on page 4, special condition 10, the phrase "under the age of fourteen" should be added between the words "children" and "without."

SO ORDERED.

DATED: 8/19/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO MODIFY JUDGMENT
CR 07-0716 MHP

2