JONATHAN D. MCDOUGALL
STATE BAR NO. 212359
461 Laurel Street
San Carlos, CA 94070
Telephone: (650) 594-4200
Facsimile: (650) 594-4205

Attorney for Defendant
PETER LASELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR-07-00716 |
| Plaintiff, | STIPULATION AND PROPOSED ORDER REGARDING CONDITIONS OF RELEASE AND APPEARANCE |
| vs. | |
| PETER LASELL | |
| Defendant. | |

With the agreement of counsel for both parties and with the consent of defendant Peter Lasell, the Court enters this order documenting an amendment to the CONDITIONS OF RELEASE AND APPEARANCE dated November 26, 2007. The parties agree, and the Court finds and holds as follows:

1. Defendant made his initial appearance before this Court on November 19, 2007, at which time this Court issued Conditions of Release and Appearance, specifically allowing defendant's release on unsecured $250,000.00 bond and home electronic monitoring.

2. Defendant appeared before this Court on November 26, 2007 for a detention hearing pursuant to 18 U.S.C. §§ 3142(e) and 3142(f). At that time, this Court denied the United States' motion for detention and release the defendant on bond, with among other

1  conditions, his electronic detention at home other than for pre-approved legal and
2  medical appointments.
3  3.  On January 29, 2008, the defendant appeared for a status conference before the
4  Honorable United States District Judge Marilyn Hall Patel. The defendant appeared and
5  agreed to an exclusion of time for further preparation of the case by the defense. At that
6  time, counsel for the defendant and the United States agreed that the defendant's
7  conditions of release and appearance could be modified to allow the defendant to leave
8  the residence for physical exercise pursuant to medical directives with the following
9  conditions:
10     a.  4:00 p.m. to 6:00 p.m. only;
11     b.  Supervision by a responsible person as approved by Pre-Trial Services;
12     c.  Approval by Pre-Trial Services; and
13     d.  For purposes of physical exercise as directed by medical professionals.
14  4.  On August 11, 2008, the Honorable United States District Judge Marilyn Hall Patel
15  rendered a sentencing order, committing the Mr. Peter Lasell to the United States Bureau
16  of Prisons for a term of (48) months. Mr. Lasell is to surrender on January 5, 2009
17  before 12:00 noon.
18  5.  On August 18, 2008, U.S. Pretrial Services Officer Anthony Granados contacted counsel
19  for Mr. Lasell to suggest a modification of the release conditions of Mr. Lasell to allow
20  for Mr. Lasell to leave the home for health and exercise reasons from 1:00 p.m. and 9:00
21  a.m. with advanced notification to Pretrial Services.
22  6.  Assistant U.S. Attorney Allison Danner does not object to this modification.
23  7.  Accordingly, and with the consent of all parties, the defendant seeks the following
24  AMENDMENT and provides a proposed ORDER.
25

2

```
1    IT IS SO STIPULATED.
2
3    DATED:   August 27, 2008
4                                                  /s/
                                          JONATHAN D. MCDOUGALL
5                                         Attorney for Defendant

6    DATED:   August 27, 2008
                                                   /s/
7                                         ALLISON MARTSON DANNER
                                          Assistant U.S. Attorney
8    IT IS SO ORDERED.
9
10   DATED: _____
11
                                          _____
                                          U.S. MAGISTRATE JUDGE ZIMMERMAN
```