1  JONATHAN D. MCDOUGALL
   STATE BAR NO. 212359
2  461 Laurel Street
   San Carlos, CA 94070
3  Telephone: (650) 594-4200
   Facsimile: (650) 594-4205
4
   Attorney for Defendant
5  PETER LASELL

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9

10 THE UNITED STATES OF AMERICA,      )    CR-07-00716
                                      )
11                                    )    STIPULATION AND
                   Plaintiff,         )    ~~PROPOSED~~ ORDER
12                                    )    REGARDING CONDITIONS
   vs.                                )    OF RELEASE AND APPEARANCE
13                                    )
   PETER LASELL                       )
14              Defendant.            )

15

16      With the agreement of counsel for both parties and with the consent of defendant Peter Lasell,

17 the Court enters this order documenting an amendment to the CONDITIONS OF RELEASE AND

18 APPEARANCE dated November 26, 2007. The parties agree, and the Court finds and holds as follows:

19      1.   Defendant made his initial appearance before this Court on November 19, 2007, at which

20           time this Court issued Conditions of Release and Appearance, specifically allowing

21           defendant's release on unsecured $250,000.00 bond and home electronic monitoring.

22      2.   Defendant appeared before this Court on November 26, 2007 for a detention hearing

23           pursuant to 18 U.S.C. §§ 3142(e) and 3142(f). At that time, this Court denied the United

24           States' motion for detention and release the defendant on bond, with among other

25

1   conditions, his electronic detention at home other than for pre-approved legal and medical appointments.

3. On January 29, 2008, the defendant appeared for a status conference before the Honorable United States District Judge Marilyn Hall Patel. The defendant appeared and agreed to an exclusion of time for further preparation of the case by the defense. At that time, counsel for the defendant and the United States agreed that the defendant's conditions of release and appearance could be modified to allow the defendant to leave the residence for physical exercise pursuant to medical directives with the following conditions:

   a. 4:00 p.m. to 6:00 p.m. only;

   b. Supervision by a responsible person as approved by Pre-Trial Services;

   c. Approval by Pre-Trial Services; and

   d. For purposes of physical exercise as directed by medical professionals.

4. On August 11, 2008, the Honorable United States District Judge Marilyn Hall Patel rendered a sentencing order, committing the Mr. Peter Lasell to the United States Bureau of Prisons for a term of (48) months. Mr. Lasell is to surrender on January 5, 2009 before 12:00 noon.

5. On August 18, 2008, U.S. Pretrial Services Officer Anthony Granados contacted counsel for Mr. Lasell to suggest a modification of the release conditions of Mr. Lasell <u>to allow for Mr. Lasell to leave the home for health and exercise reasons from a specified time between 1:00 p.m. and 9:00 p.m. with advanced notification to Pretrial Services.</u>

6. Assistant U.S. Attorney Allison Danner does not object to this modification.

7. Accordingly, and with the consent of all parties, the defendant seeks the following AMENDMENT and provides a proposed ORDER.

1   IT IS SO STIPULATED.

3   DATED:   9/18 , 2008

JONATHAN D. MCDOUGALL
Attorney for Defendant

5   DATED:   9/18 , 2008

_____/s/_____
ALLISON MARTSON DANNER
Assistant U.S. Attorney

8   IT IS SO ORDERED.

9   DATED:   September 19, 2008

U.S. MAGISTRATE JUDGE ZIMMERMAN



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3