JONATHAN D. MCDOUGALL
CA STATE BAR NO. 212359
1640 Laurel Street
San Carlos, CA 94070
Telephone: (650) 594-4200
Facsimile: (650) 594-4205

Attorney for Defendant
PETER LASELL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PETER LASELL<br>                    Defendant. | CR-07-00716<br><br>STIPULATION AND<br>~~PROPOSED~~ ORDER<br>REGARDING STAY OF<br>SURRENDER DATE |

With the agreement of counsel for both parties and with the consent of defendant Peter Lasell, the Court enters this order documenting an amendment to the AMENDED JUDGEMENT IN A CRIMINAL CASE dated August 19, 2008. The parties agree, and the Court finds and holds as follows:

1. Defendant made his initial appearance before this Court on November 19, 2007, at which time this Court issued Conditions of Release and Appearance, specifically allowing defendant's release on unsecured $250,000.00 bond and home electronic monitoring.

2. On August 19, 2008, the Honorable United States District Judge Marilyn Hall Patel rendered an amended sentencing order, <u>committing the Mr. Peter Lasell to the United States Bureau of Prisons for a term of (48) months. Mr. Lasell is to surrender on January 5, 2009 before 2:00 p.m.</u>

3. On December 26, 2008, Dr. Kenneth Do Lee, M.D., diagnosed Mr. Peter Lasell with a pleural effusion, and performed a fluid draw of in excess of one pint of fluid from an area

lining his right lung. Dr. Lee requests an additional time to diagnose and treat this condition.

4. Counsel attempted contact with the assigned Assistant U.S. Attorney Danner, who is unavailable until Monday, January 5, 2009.

5. Defense counsel seeks a <u>one week stay of Mr. Lasell's surrender date until Monday, January 12, 2009</u> allowing counsel to seek a longer stay with the approval of the Court.

6. Assistant U.S. Attorney Timothy Lucey – "Duty" Assistant U.S. Attorney for today -- does not object to this modification and one week stay of surrender.

7. Accordingly, and with the consent of all parties, the defendant seeks the following AMENDMENT and provides a proposed ORDER.

IT IS SO STIPULATED.

DATED: January 2, 2009

JONATHAN D. MCDOUGALL
Attorney for Defendant

DATED: January  , 2009

/s/
ALLISON MARTSTON DANNER
Assistant U.S. Attorney

IT IS SO ORDERED THAT DEFENDANT PETER LASELL SHALL SURRENDER BEFORE 2:00 P.M. ON 1/12/09.

DATED: 1/5/2009

HONORABLE MARILYN PATEL

IT IS SO ORDERED
Judge Marilyn H. Patel

2