UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PETER LASELL,<br><br>　　　　　Defendant. | Case No.  CR 07-0716 MHP<br><br>[PROPOSED] PRELIMINARY ORDER OF FORFEITURE |

　　　Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on May 5, 2008, wherein the defendant's admitted to the forfeiture allegation, and good cause appearing,

　　　IT IS HEREBY ORDERED that defendant Peter Lasell First shall forfeit to the United States :

　　　　　a.　A Centurion desktop computer, serial number C05170102575

　　　　　b.　A Maxtor hard drive, serial number MX6L080J4

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

　　　IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition

with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 27th day of January 2008.



MARILYN HALL PATEL
United States District

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 07-0716 MHP

2